UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| J.P. MORGAN SECURITIES LLC, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:18-cv-02788-SEB-MJD |
| NATHAN D. SHIELDS, MARK V. OBRZUT, JACKSON M. STEWART, | ) |
| Defendants. | ) |

**PRELIMINARY INJUNCTION**

For the reasons set out in our order issued this day:

Defendants, their officers, agents, servants, employees, attorneys, and all other persons in active concert or participation with these, are hereby enjoined from

(1) soliciting, attempting to solicit, inducing to leave, or attempting to induce to leave any client of Plaintiff serviced by Defendants or any of them while in Plaintiff's employment, or whose name became known to Defendants or any of them by virtue of their employment with Plaintiff or its predecessors in interest; and from

(2) using, disclosing, or transmitting for any purpose any of Plaintiff's confidential information in Defendants' possession pertaining to Plaintiff, its employees, and its clients.

Defendants, their officers, agents, servants, employees, attorneys, and all other persons in active concert or participation with these, are further enjoined to

1

(1) return to Plaintiff or its counsel all records, documents, and information in whatever form (whether original, copied, computerized, electronically stored, or handwritten) pertaining to Plaintiff's customers, employees, and business, within twenty-four hours of receiving notice of this order.

IT IS SO ORDERED.

Date: 12/10/2018

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jeffrey M. Csercsevits
FISHER & PHILLIPS LLP
jcsercsevits@fisherphillips.com

Christopher Charles Hagenow
BLACKWELL, BURKE & RAMSEY, P.C.
chagenow@bbrlawpc.com

Bernard Lowell Pylitt
KATZ KORIN CUNNINGHAM, P.C.
bpylitt@kkclegal.com

Leonard Weintraub
PADUANO & WEINTRAUB, LLC
lweintraub@pwlawyers.com

Sally F. Zweig
KATZ KORIN CUNNINGHAM, P.C.
szweig@kkclegal.com